IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| SADAR D. MCCALLISTER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 2:12-cv-00099-JJV |
| CAROLYN COLVIN, Acting | * | |
| Commissioner, Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | | |

## ORDER AND JUDGMENT

The Defendant filed an Unopposed Motion to Reverse and Remand to the Commissioner for further administrative proceedings. (Doc. No. 19.) For good cause shown, the Motion to Reverse and Remand is GRANTED.

This is a "Sentence Four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 25th day of March, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE