IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SADAR D. MCCALLISTER,   *
                        *
            Plaintiff,  *
v.                      *
                        *
CAROLYN W. COLVIN,      *   No. 2:12CV00099-JJV
Acting Commissioner,    *
Social Security Administration *
                        *
            Defendant.  *

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Commissioner responded and offered no objection to the fees but raises some concern about the requested expenses.  So, after careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable and the Court approves attorney fees in the amount of $3,275.50 (18.7 hours at $175 per hour).  Furthermore, the Court concludes that the requested $24.44 is authorized as the expense for serving Defendant by certified mail through the United States Postal Service.  (Doc. 21-2 at 2.)

2. The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify the award of $3,296.94 and pay this amount.

IT IS SO ORDERED this 25th day of June, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE